PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DILESH SHARMA,<br><br>Defendant. | CASE NO. 2:17-CR-00055-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 27, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 27, 2017.

2. By this stipulation, defendant now moves to continue the status conference until September 21, 2017, at 9:30 a.m., and to exclude time between July 27, 2017, and September 21, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes hundreds of pages of discovery and audio files. That discovery has either been produced directly to counsel and/or made available for inspection and copying.

   b) In addition to that discovery, the government is still in the process of completing

the forensic analysis of seized electronic devices.  The government anticipates completing that analysis in the next few months, and if any discovery is found on any device, the government will make that discovery available to defense counsel.

      c)      The parties have also submitted a stipulation and proposed protective order to the court.  Once that protective order is in place, the government will produce additional discovery to defense counsel for review.

      d)      Counsel for defendant desires additional time to consult with her client, review the current charge, review the anticipated additional discovery that will be made available after a protective order is issued, and conduct investigation and research related to the charge.

      e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)      The government does not object to the continuance.

      g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 27, 2017 to September 21, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

Dated: July 19, 2017             PHILLIP A. TALBERT
                                  United States Attorney


                                  /s/ ROSANNE L. RUST
                                  ROSANNE L. RUST
                                  Assistant United States Attorney


Dated: July 19, 2017             /s/ DIANA IVANOVA
                                  DIANA IVANOVA
                                  Counsel for Defendant
                                  DILESH SHARMA


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 20th day of July, 2017.


                                  _____
                                  Troy L. Nunley
                                  United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME         3
PERIODS UNDER SPEEDY TRIAL ACT