PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
JILL M. THOMAS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00055-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DILESH SHARMA, | DATE: September 21, 2017 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 21, 2017.

2. By this stipulation, defendant now moves to continue the status conference until November 2, 2017, at 9:30 a.m., and to exclude time between September 21, 2017, and November 2, 2017 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

 a) The government has represented that the discovery associated with this case includes hundreds of pages of discovery and audio files. That discovery has either been produced directly to counsel and/or made available for inspection and copying.

 b) In addition to that discovery, the government is producing additional discovery

this week, including a report discussing results from the forensic analyses of seized electronic devices.

        c)      Counsel for defendant desires additional time to consult with her client, review the current charge, review the additional discovery, and conduct investigation and research related to the charge.

        d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      The government does not object to the continuance.

        f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 21, 2017 to November 2, 2017 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

///
///
///
///
///
///

Dated: September 19, 2017  PHILLIP A. TALBERT
United States Attorney

/s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: September 19, 2017  /s/ DIANA IVANOVA
DIANA IVANOVA
Counsel for Defendant
DILESH SHARMA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of September, 2017.

Troy L. Nunley
United States District Judge