McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
JILL M. THOMAS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00055-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DILESH SHARMA, | DATE: January 18, 2018 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 18, 2018.

2. By this stipulation, defendant now moves to continue the status conference until February 22, 2018 and to exclude time between January 18, 2018, and February 22, 2018 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes hundreds of pages of discovery, audio files, a video file and forensic analyses of seized electronic devices. That discovery has either been produced directly to counsel and/or made available for inspection and copying.

    b) In addition to that discovery, the government has produced other discovery,

1 | including reports regarding incidents triggering U.S.S.G. § 4B1.5.

2 |      c) Counsel for defendant needs more time to review the additional discovery, interview potential witnesses, consult with their client, and conduct further research regarding the U.S. Sentencing Guidelines and the Guidelines application to their client's case.

     d) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     e) The government does not object to the continuance.

     f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 18, 2018 to February 22, 2018 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: January 16, 2018        McGREGOR W. SCOTT
                               United States Attorney

                               /s/ ROSANNE L. RUST
                               ROSANNE L. RUST
                               Assistant United States Attorney


Dated: January 16, 2018        /s/ DIANA IVANOVA
                               DIANA IVANOVA
                               Counsel for Defendant
                               DILESH SHARMA


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of January, 2018.

_____
THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE