McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
JILL M. THOMAS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00055-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DILESH SHARMA, | DATE: February 22, 2018 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 22, 2018.

2. By this stipulation, defendant now moves to continue the status conference until April 26, 2018, at 9:30 a.m, and to exclude time between February 22, 2018, and April 26, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes hundreds of pages of discovery, audio files, a video file and forensic analyses of seized electronic devices. That discovery has either been produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

       b)       In addition to that discovery, the government has produced other discovery, including reports regarding incidents triggering U.S.S.G. § 4B1.5. The government has also made available for review other discovery related to possible incidents triggering U.S.S.G. § 4B1.5.

       c)       Counsel for defendant needs more time to review the discovery, conduct further investigation, consult with their client, and conduct additional research regarding the U.S. Sentencing Guidelines and the Guidelines application to their client's case before advising him about a potential resolution.

       d)       Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       e)       The government does not object to the continuance.

       f)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       g)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 22, 2018 to April 26, 2018, 2018 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

///

Dated: February 16, 2018                McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ ROSANNE L. RUST
                                        ROSANNE L. RUST
                                        Assistant United States Attorney


Dated: February 16, 2018                /s/ DIANA IVANOVA
                                        DIANA IVANOVA
                                        Counsel for Defendant
                                        DILESH SHARMA


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 20th day of February, 2018.

Troy L. Nunley
United States District Judge