CANDICE L. FIELDS - SBN 172174
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 414-8050

Attorneys for Defendant
Dilesh Sharma

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>DILESH SHARMA<br><br>               Defendants. | CASE NO. 2:17-CR-055-TLN<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER THEREON<br><br>DATE: November 21, 2019<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Roger Yang, counsel for plaintiff, and Candice Fields, counsel for defendant, that the sentencing hearing currently set for November 21, 2019, at 9:30 a.m., before the Honorable Troy L. Nunley, may be continued to February 27, 2020, at 9:30 a.m.

Defense counsel proposes this change because she was only recently substituted into the matter and therefore needs time to review discovery and to prepare the defendant's case for sentencing.

Dated: November 13, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

STIPULATION TO CONTINUE SENTENCING; ORDER THEREON

1

Dated:  November 13, 2019        /s/ CANDICE L. FIELDS
                                 CANDICE L. FIELDS
                                 Counsel for Defendant Dilesh Sharma

**ORDER**

IT IS SO ORDERED.

Dated: November 13, 2019

_____
Troy L. Nunley
United States District Judge