| | |
|---|---|
| CANDICE L. FIELDS - SBN 172174 | |
| CANDICE FIELDS LAW | |
| 520 Capitol Mall, Suite 750 | |
| Sacramento, CA 95814 | |
| Telephone: (916) 414-8050 | |
| Facsimile: (916) 414-8050 | |

Attorneys for Defendant
Dilesh Sharma

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DILESH SHARMA<br><br>　　　　　　Defendants. | CASE NO. 2:17-CR-055-TLN<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER THEREON<br><br>DATE: February 27, 2020<br>TIME:　9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Roger Yang, counsel for plaintiff, and Candice Fields, counsel for defendant, that the sentencing hearing currently set for February 27, 2020, at 9:30 a.m., before the Honorable Troy L. Nunley, may be continued to April 30, 2020, at 9:30 a.m.

Defense counsel proposes this change because she was only recently substituted into the matter and therefore needs time to review discovery and to prepare the defendant's case for sentencing.

| | |
|---|---|
| Dated: February 24, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ ROGER YANG<br>ROGER YANG<br>Assistant United States Attorney |

STIPULATION TO CONTINUE SENTENCING; ORDER THEREON

1

Dated: February 24, 2020

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant Dilesh Sharma

**ORDER**

IT IS SO ORDERED.

Dated: February 25, 2020

_____
Troy L. Nunley
United States District Judge