CANDICE L. FIELDS - SBN 172174
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 414-8050

Attorneys for Defendant
Dilesh Sharma

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DILESH SHARMA<br><br>　　　　　　　　Defendants. | CASE NO. 2:17-CR-055-TLN<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER THEREON<br><br>DATE: April 30, 2020<br>TIME:　 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Roger Yang, counsel for plaintiff, and Candice Fields, counsel for defendant, that the sentencing hearing currently set for April 30, 2020, at 9:30 a.m., before the Honorable Troy L. Nunley, may be continued to August 06, 2020, at 9:30 a.m.

　　　　Defense counsel proposes this change because, in light of General Order 617, and state and local stay-at-home orders, it is difficult for counsel to consult with the defendant and with mitigation witnesses during the time that restrictions are in place. She therefore needs additional time to prepare the defendant's case for sentencing. The government does not object to the continuance.

　　　　The following amended scheduling order shall apply:

　　　　Judgment and sentencing date:　　　08/06/2020

　　　　Reply or statement of non opp:　　　07/23/2020

　　　　Motion for correction of PSR filed:　07/16/2020

| | | |
|---|---|---|
| PSR filed: | | 07/09/2020 |
| Objections to PSR delivered: | | 07/02/2020 |
| Draft PSR disclosed: | | 06/18/2020 |

Dated: April 22, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated: April 22, 2020

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant Dilesh Sharma

**ORDER**

IT IS SO ORDERED.

Dated: April 27, 2020

Troy L. Nunley
United States District Judge