CANDICE L. FIELDS - SBN 172174
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 414-8050

Attorneys for Defendant
Dilesh Sharma

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DILESH SHARMA<br><br>　　　　　　　　Defendant. | CASE NO.  2:17-CR-055-TLN<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER THEREON<br><br>DATE: August 6, 2020<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Rosanne Rust, co-counsel for plaintiff, and Candice Fields and Kelly Babineau, co-counsel for defendant, that the sentencing hearing currently set for August 6, 2020, at 9:30 a.m., before the Honorable Troy L. Nunley, may be continued to October 29, 2020, at 9:30 a.m.

　　　The basis for this request is as follows: On June 8, 2020, at defense counsel's request, the government produced a recording of a witness' statement given to local law enforcement that requires review by both defense counsel and defendant Sharma. However, in light of General Order 618, and state and local stay-at-home orders, it is difficult for counsel to consult with the defendant and with mitigation witnesses during the time that restrictions are in place. Defense counsel, therefore, needs additional time to prepare the defendant's case for sentencing. The government does not object to the continuance.

/ / /

The following amended scheduling order shall apply:

| | |
|---|---|
| Judgment and sentencing date: | 10/29/2020 |
| Reply or statement of non opp: | 10/22/2020 |
| Motion for correction of PSR filed: | 10/15/2020 |
| PSR filed: | 10/08/2020 |
| Objections to PSR delivered: | 09/24/2020 |
| Draft PSR disclosed: | completed |

Dated:  July 1, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ROSANNE RUST
ROSANNE RUST
Assistant United States Attorney

Dated:  July 1, 2020

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant Dilesh Sharma

Dated:  July 1, 2020

/s/ KELLY BABINEAU
KELLY BABINEAU
Counsel for Defendant Dilesh Sharma

**ORDER**

IT IS SO ORDERED.

DATED: July 6, 2020

Troy L. Nunley
United States District Judge