McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>DILESH SHARMA,<br><br>                              Defendant. | CASE NO.  2:17-CR-55 TLN<br><br>STIPULATION TO SET EVIDENTIARY HEARING AND TO MOVE SENTENCING; ORDER TO SET EVIDENTIARY HEARING AND TO MOVE SENTENCING HEARING<br><br>DATE: November 12, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Troy L. Nunley |

Pursuant to an agreement between the parties, and the probation officer, Defendant DILESH SHARMA respectfully requests the Court set an evidentiary hearing on January 25, 2021, at 9:00 a.m., and to continue the currently scheduled sentencing hearing from November 12, 2020, at 9:30 a.m., to February 4, 2021, at 9:30 a.m.

///

///

///

///

///

///

///

STIPULATION TO SET EVIDENTIARY
HEARING AND TO MOVE DEFENDANT'S
SENTENCING HEARING

1

The parties also request that the Court adopt the following schedule for disclosure and sentencing in the above-referenced matter:

| | |
|---|---|
| Judgment and sentencing date: | February 4, 2021 at 9:30 a.m. |
| Reply or statement of no opposition and any sentencing memoranda: | January 28, 2021 |
| Motion for correction/formal objections to the Final Pre-Sentence Report filed: | January 21, 2021 |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | n/a – already completed |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the probation officer and opposing counsel no later than: | n/a – already completed |
| The Pre-Sentence Report is due no later than: | n/a – already completed |

Dated:  November 5, 2020

McGREGOR W. SCOTT
United States Attorney

By:  /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated:  November 5, 2020

By:  /s/ KELLY BABINEAU
KELLY BABINEAU
CANDICE FIELDS
Counsel for defendant
Dilesh Sharma

### ORDER

IT IS SO ORDERED this 9th day of November, 2020.

Troy L. Nunley
United States District Judge