McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00055-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULING OF EVIDENTIARY AND SENTENCING HEARINGS; ORDER |
| v. | |
| DILESH SHARMA, | DATE: January 25, 2021 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an in-person evidentiary hearing on January 25, 2021 and a sentencing hearing on February 4, 2021.

2. On January 13, 2021, defendant, Dilesh Sharma, was tested for COVID-19 at the Sacramento County Jail. On January 15, 2021, the parties learned that defendant's test for COVID-19 was positive.

3. In light of the defendant's recent positive test for the coronavirus, the government withdraws its prior request that the Court proceed with the hearings as scheduled. The parties agree and stipulate, and request that the Court find the following instead:

   a) The evidentiary hearing currently set for January 25, 2021 is vacated.

   b) The sentencing hearing currently set for February 4, 2021 is converted into a status conference, where the Court will discuss with the parties potential dates for the evidentiary and sentencing hearings.

   c) For the status conference only, the defendant agrees to appear by videoconference so that the parties can try to calendar new dates for the remaining hearings in this case.

IT IS SO STIPULATED.

Dated:  January 19, 2021

        McGREGOR W. SCOTT
        United States Attorney

        /s/ ROSANNE L. RUST
        ROSANNE L. RUST
        Assistant United States Attorney

Dated:  January 19, 2021

        /s/ CANDICE FIELDS
        CANDICE FIELDS
        KELLY BABINEAU
        Counsel for Defendant
        DILESH SHARMA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of January, 2021.

        Troy L. Nunley
        United States District Judge