PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00055-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULING OF EVIDENTIARY AND SENTENCING HEARINGS; ORDER |
| v. | |
| DILESH SHARMA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an in-person evidentiary hearing on January 25, 2021 and a sentencing hearing on February 4, 2021.

2. On January 13, 2021, defendant, Dilesh Sharma, was tested for COVID-19 at the Sacramento County Jail. On January 15, 2021, the parties learned that defendant's test for COVID-19 was positive.

3. In light of the defendant's positive test for the coronavirus, the government withdrew its prior request that the Court proceed with the hearings as scheduled. The parties then appeared on calendar for a hearing on February 4, 2021, during which they discussed resetting the remaining hearing and filing dates associated with the defendant's sentencing. ECF No. 105. At the conclusion of the

hearing, the Court ordered the parties to meet and confer about new dates, and to then propose them to the court for consideration.  *Id.*  Below are the new dates agreed to by the parties and Probation:

    a)      The in-person evidentiary hearing will be set for Monday, June 7, 2021 at 9:00 a.m.

    b)      The parties' formal objections, if any, and sentencing memoranda will be filed no later than Thursday, June 24, 2021.

    c)      Any reply briefs in response to the other party's sentencing memoranda will be filed by Thursday, July 15, 2021.

    d)      The in-person sentencing hearing will be set for Thursday, July 22, 2021 at 9:30 a.m.

IT IS SO STIPULATED.

Dated:  March 15, 2021                PHILLIP A. TALBERT
                                           Acting United States Attorney

                                           /s/ ROSANNE L. RUST
                                           ROSANNE L. RUST
                                           Assistant United States Attorney

Dated:  March 15, 2021                /s/ KELLY BABINEAU
                                           KELLY BABINEAU
                                           CANDICE FIELDS
                                           Counsel for Defendant
                                           DILESH SHARMA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of March,, 2021.

                                             Troy L. Nunley
                                             United States District Judge