| | |
|---|---|
| 1 | CANDICE L. FIELDS - SBN 172174<br>CANDICE FIELDS LAW |
| 2 | 520 Capitol Mall, Suite 750<br>Sacramento, CA 95814 |
| 3 | Telephone: (916) 414-8050<br>Facsimile: (916) 414-8050 |
| 4 | |
| 5 | Attorneys for Defendant<br>Dilesh Sharma |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 2:17-CR-055-TLN |
| | Plaintiff, | STIPULATION TO RECALL WITNESS N.V VIA ZOOM |
| v. | | |
| DILESH SHARMA | | DATE: July 10, 2021<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Troy L. Nunley |
| | Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorneys Rosanne Rust and Roger Yang, co-counsel for plaintiff, and Candice Fields and Kelly Babineau, co-counsel for defendant, that if the witness N.V. is recalled as a witness at the evidentiary hearing, currently rescheduled to commence on Thursday, July 10, 2021, she may be recalled via Zoom. The defendant, Dilesh Sharma, expressly waives his right to in-person confrontation of this witness for this hearing, and consents to cross-examination by Zoom.

Dated: June 7, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ ROSANNE RUST
ROSANNE RUST
Assistant United States Attorney

Dated: June 7, 2021

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Stipulation RE: WITNESS

1

Dated: June 7, 2021

/s/ CANDICE L. FIELDS

CANDICE L. FIELDS
Counsel for Defendant Dilesh Sharma

Dated: June 7, 2021

/s/ KELLY BABINEAU
KELLY BABINEAU
Counsel for Defendant Dilesh Sharma

**ORDER**

IT IS SO ORDERED.

Dated: June 8, 2021

Troy L. Nunley
United States District Judge