UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DILESH SHARMA,<br><br>　　　　Defendant. | CASE NO.  2:17-cr-00055-TLN<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO SEAL DOCKET ENTRY 109-1 AND ALLOW THE GOVERNMENT TO FILE A FULLY REDACTED VERSION** |

　　　This matter is before the Court on the motion by the United States to seal Docket Entry 109-1, Exhibit A to the Government's Brief Re: Evidentiary Hearing, that was filed on June 4, that included one unredacted instance listing the first name of a minor victim.  The Court finds that:

　　　1. Federal Rule of Criminal Procedure 49.1(a)(2) requires any party in an action in this Court to refer to "the name of an individual known to be a minor" by the minor's initials only. Likewise, Local Rule 140(a)(i) requires that reference to all minors in criminal actions be by the minors' initials only.

　　　2. Title 18, United States Code, Section 3771(a)(8) states that a crime victim has "the right to be treated with fairness and with respect for the victim's dignity and privacy."

　　　3. Title 18, United States Code, Section 3509(d)(2) provides for the filing under seal of "the name of or any other information concerning a child."

4. In Document 109-1 (Exhibit A to Government's Brief Re: Evidentiary Hearing), the Government did not redact one instance of the first name of a minor victim.

5. This Court is authorized to seal documents upon the showing required by applicable law. *See* Local Rule 141(a) of the Local Rules of the United States District Court for the Eastern District of California; 18 U.S.C. § 3509(d)(2).

Based on the above, the Court also finds that sealing of Docket Entry 109-1 is appropriate to avoid injury to the minor victim in this case, and to protect the minor victim's privacy and comply with federal law and other authority.

ACCORDINGLY, and for good cause shown, it is hereby ORDERED that the United States' Motion to Seal Docket Entries 109-1 is GRANTED (ECF No. 113); and it is further, ORDERED that the Government is permitted to file a fully redacted copy of Exhibit A to Docket Entry 109.

IT IS SO ORDERED.

DATED:  June 8, 2021

Troy L. Nunley
United States District Judge