KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall # 801
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 2:17-CR-00055-TLN |
| Plaintiff, ) | |
| ) | |
| ) | **AMENDED** STIPULATION TO RECALL |
| ) | WITNESS N.V. VIA ZOOM |
| v. ) | |
| ) | DATE: June 10, 2021 |
| DELISH SHARMA ) | TIME: 9:00 A.M. |
| Defendant. ) | JUDGE: Troy L. Nunley |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorneys Rosanne Rust and Roger Yang, co-counsel for plaintiff, and Candice Fields and Kelly Babineau, co-counsel for defendant, that if the witness N.V. is recalled as a witness at the evidentiary hearing, currently rescheduled to commence on Thursday, June 10, 2021, she may be recalled via Zoom. The defendant, Dilesh Sharma, expressly waives his right to in-person confrontation of this witness for this hearing, and consents to cross-examination by Zoom.

DATED: June 8, 2021                          Respectfully submitted,

                                             _/s/Kelly Babineau_____
                                             KELLY BABINEAU
                                             Attorney for Delish Sharma

-1-
AMENDED STIPULATION RE: ZOOM

Dated: June 8, 2021                         /s/ Candice Fields
                                            CANDICE FIELDS
                                            Attorney for Dilesh Sharma

Dated: June 8, 2021                         /s/ Rosanne Rust
                                            ROSANNE RUST
                                            Assistant United States Attorney

Dated: June 8, 2021                         /s/ Roger Yang
                                            ROGER YANG
                                            Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated:  June 9, 2021

                                            _____
                                            Troy L. Nunley
                                            United States District Judge