IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:17-cr-0055-TLN |
| Plaintiff, | ) ) | **O R D E R** |
| vs. | ) ) | **APPOINTING COUNSEL** |
| DILESH SHARMA, | ) ) | |
| Defendant. | ) ) | |

This retained attorney for the above named Defendant seeks to be appointed pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A. The Federal Defender supports this appointment since it is more cost effective than getting a new attorney to take over the case.

**IT IS HEREBY ORDERED** that Kelly Babineau is **APPOINTED** to represent the above defendant in this case effective *nunc pro tunc* to June 29, 2021.

This appointment shall remain in effect until further order of this court.

DATED: June 29, 2021

Troy L. Nunley
United States District Judge

-1-