KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall # 801
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 2:17-CR-00055TLN |
| Plaintiff, | ) | |
| | ) | STIPULATION TO AMEND THE POST |
| | ) | HEARING BRIEFING SCHEDULE |
| | ) | |
| v. | ) | |
| | ) | DATE: June 10, 2021 |
| DILISH SHARMA | ) | TIME: 9:00 A.M. |
| Defendant. | ) | JUDGE: Troy L. Nunley |
| _____ | ) | |

  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorneys Rosanne Rust and Roger Yang, co-counsel for the government, and Kelly Babineau, counsel for defendant, that the briefing schedule will be modified as follows:

  Defendant's Opening Brief due:   July 22, 2021

  Gov't Response Brief:     August 5, 2021

  Defendant's Reply Brief:     August 12, 2021

Sentencing memorandum and sentencing hearing to remain as previously set.

Dated: July 14, 2021                    Respectfully submitted,

                                         /s/Kelly Babineau
                                        KELLY BABINEAU
                                        Attorney for Dilish Sharma

Dated: July 14, 2021                    /s/ Rosanne Rust
                                        ROSANNE RUST
                                        Assistant United States Attorney

Dated: July 14, 2021                    /s/ Roger Yang
                                        ROGER YANG
                                        Assistant United States Attorney

**ORDER**

    IT IS SO ORDERED.

Dated: July 15, 2021

                                        Troy L. Nunley
                                        United States District Judge