KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall # 801
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net

Attorney for DILESH SHARMA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br>          Plaintiff, <br><br> v. <br><br> DILESH SHARMA <br>          Defendant. | No. 2:17-CR-0055 TLN <br><br> STIPULATION TO AMEND THE POST HEARING BRIEFING SCHEDULE <br><br> DATE: November 4, 2021 <br> TIME: 9:30 A.M. <br> JUDGE: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorneys Rosanne Rust and Roger Yang, co-counsel for the government, and Kelly Babineau, counsel for defendant, that the briefing schedule and sentencing will be modified as follows:

      Defendant's Reply Brief:              August 18, 2021

      Sentencing Memorandum:           October 28, 2021

      Sentencing:                               November 4, 2021, at 9:30 a.m.

| | | |
|---|---|---|
| 1 | DATED: August 13, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/Kelly Babineau<br>KELLY BABINEAU<br>Attorney for Dilish Sharma |
| 5 | Dated: August 13, 2021 | /s/ Rosanne Rust<br>ROSANNE RUST<br>Assistant United States Attorney |
| 7 | Dated: August 13, 2021 | /s/ Roger Yang<br>ROGER YANG<br>Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED.

Dated: August 16, 2021

Troy L. Nunley
United States District Judge