KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall # 801
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net

Attorney for DILESH SHARMA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:17-CR-00055-TLN |
| Plaintiff, | ) |
| | ) ORDER GRANTING |
| | ) MOTION TO SEAL DECLARATION OF |
| | ) COUNSEL |
| v. | ) |
| | ) DATE: September 2, 2021 |
| DILISH SHARMA | ) TIME: 9:30 A.M. |
| Defendant. | ) JUDGE: Troy L. Nunley |
| _____ | ) |

Kelly Babineau, appointed counsel, moves to seal the declaration of counsel submitted in support of the motion to withdraw as counsel.  Good Cause being shown, the Court GRANTS the motion.

**IT IS SO ORDERED.**

DATED: September 2, 2021

_____
Troy L. Nunley
United States District Judge