PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>DILESH SHARMA,<br><br>                    Defendant. | CASE NO. 2:17-CR-00055-TLN<br><br>STIPULATION REGARDING RESCHEDULING SENTENCING HEARING AND CORRESPONDING BRIEFING SCHEDULE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order at the status conference held on October 7, 2021, the sentencing hearing in this case was reset to January 6, 2022, at 9:30 a.m. ECF No. 148. During the hearing, defense counsel asked leave of the Court to potentially file additional briefing on behalf of the defendant concerning the outcome of the evidentiary hearing held in June 2021. The United States did not oppose that request, and the Court granted it.

2. Defense counsel has informed the United States and the Court that he intends to file supplemental briefing, and has now requested one further extension of the sentencing hearing date in order to draft and file the brief. The United States does not oppose the request.

///

3. Therefore, the parties and Probation have agreed to the following schedule, which they ask the Court to adopt:

    a) The defendant's supplemental briefing regarding the evidentiary hearing must be filed no later than January 14, 2022.

    b) The United States' opposition to the defendant's supplemental briefing must be filed no later than January 28, 2022.

    c) Any sentencing memoranda and/or formal objections to the final PSR must be filed no later than March 10, 2022.

    d) Any responses to the other party's sentencing memorandum and/or formal objections must be filed no later than March 14, 2022.

    e) The sentencing hearing is rescheduled for March 17, 2022, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: November 23, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: November 23, 2021

/s/ DAVID GARLAND
DAVID GARLAND
Counsel for Defendant
DILESH SHARMA

**ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of November, 2021.

Troy L. Nunley
United States District Judge