PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DILESH SHARMA,<br><br>　　　　　　Defendant. | CASE NO. 2:17-CR-00055-TLN<br><br>STIPULATION REGARDING RESETTING STATUS CONFERENCE; ORDER<br><br>DATE: March 17, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　1.　　By previous order, this matter was set for a status conference on March 17, 2022, at 9:30 a.m. ECF No. 155.

　　2.　　By this stipulation, the parties seek to vacate the March 17, 2022 status hearing, and reschedule it for March 24, 2022, at 9:30 a.m.

　　IT IS SO STIPULATED.

///

///

STIPULATION RE: RESCHEDULING STATUS HEARING

1

| | | |
|---|---|---|
| Dated: March 14, 2022 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | /s/ ROSANNE L. RUST<br>ROSANNE L. RUST<br>Assistant United States Attorney |
| Dated: March 14, 2022 | | /s/ KRESTA DALY<br>KRESTA DALY<br>Counsel for Defendant<br>DILESH SHARMA |

## FINDINGS AND ORDER

IT IS SO ORDERED this 14th day of March, 2022.

_____
Troy L. Nunley
United States District Judge