PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-55 TLN |
| Plaintiff, | STIPULATION TO AMEND THE CURRENT POST-HEARING BRIEFING SCHEDULE |
| v. | DATE: January 19, 2023 |
| DILESH SHARMA, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorneys Rosanne Rust and Roger Yang, co-counsel for the United States, and Kresta Daly, counsel for the defendant Dilesh Sharma, that the briefing schedule will be modified as follows:

Government's response to defendant's supplemental brief:       December 9, 2022

Defendant's reply brief:       December 23, 2022

IT IS SO STIPULATED.

///

///

///

///

1

Dated: December 1, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ROSANNE L. RUST
ROSANNE L. RUST
ROGER YANG
Assistant United States Attorneys

Dated: December 1, 2022

/s/ Kresta Daly
Kresta Daly
Counsel for Defendant
DILESH SHARMA

## ORDER

IT IS SO ORDERED.

Dated: December 2, 2022

Troy L. Nunley
United States District Judge