```
PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-55 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO AMEND THE CURRENT POST-HEARING BRIEFING SCHEDULE |
| v. | |
| DILESH SHARMA, | DATE: January 19, 2023 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

After further consultation and with shifting schedules right before the holiday break, the parties request one final extension to the currently set schedule regarding the defendant's supplemental brief. The parties hereby stipulate by and between the parties, through their respective counsel, Assistant United States Attorneys Rosanne Rust and Roger Yang, co-counsel for the United States, and Kresta Daly, counsel for the defendant Dilesh Sharma, that the final amended briefing schedule be set as follows:

Government's response to defendant's supplemental brief due:   December 16, 2022

Defendant's reply brief due:                                    January 13, 2023

The hearing set for January 19, 2023 at 9:30 a.m. will remain on calendar.

IT IS SO STIPULATED.

///

Dated: December 8, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ROSANNE L. RUST
ROSANNE L. RUST
ROGER YANG
Assistant United States Attorneys

Dated: December 8, 2022

/s/ Kresta Daly
Kresta Daly
Counsel for Defendant
DILESH SHARMA

**ORDER**

IT IS SO ORDERED.

DATED: December 8, 2022

Troy L. Nunley
United States District Judge