Kresta Nora Daly, SBN 199689
BARTH DALY LLP
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for DILESH SHARMA

IN THE UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00055-TLN |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT AND STIPULATION** |
| v. | |
| DILESH SHARMA, | |
| Defendant. | |

The parties have met and conferred regarding outstanding issues as well as a sentencing schedule and sentencing date.

The defendant sought a stipulation from plaintiff that defendant could make these objections in his formal sentencing objections without the government arguing those objections were waived.

Plaintiff does not object to defendant making new/additional objections to the presentence report in their formal sentencing objections.

The parties jointly propose the following schedule:

| Sentencing: | March 16, 2023 |
| Reply or Non-Opposition | March 9, 2023 |
| Formal objections | March 2, 2023 |

...

Dated: January 12, 2023.                Respectfully submitted,


                                        By_____/s/ Kresta Nora Daly_____
                                                ROGER YANG




Dated: January 12, 2023.                Respectfully submitted,

                                        BARTH DALY LLP


                                        By_____/s/ Kresta Nora Daly_____
                                                KRESTA NORA DALY

ORDER

Good cause appearing the Court orders as follows:

Defendant is permitted to make new/additional objections in his formal objections including objections not previously raised during the informal objection process. Defendant will not be deemed to have waived any new/additional objections.

The following schedule is adopted:

| | |
|---|---|
| Sentencing: | March 16, 2023, at 9:30 a.m. |
| Reply or Non-Opposition | March 9, 2023 |
| Formal objections | March 2, 2023 |

**IT IS SO ORDERED.**

Dated: January 13, 2023

Troy L. Nunley
United States District Judge