PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
ROGER YANG
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CR-00055-TLN |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| DILESH SHARMA, | |
| Defendant. | |

On or about July 18, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 2253(a) and 2428(a), based upon the guilty pleas entered by defendant Dilesh Sharma and the Factual Basis filed, forfeiting to the United States the following property:

    a.    iPhone, model A1549, IMEI 354403066712991, and

    b.    TY Beanie Boos Brand, stuffed bunny rabbit.

Beginning on July 22, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 2253(a) and 2428(a), including all right, title, and interest of Dilesh Sharma.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 23rd day of May, 2023.

_____
Troy L. Nunley
United States District Judge