Kresta Nora Daly, SBN 199689
BARTH DALY LLP
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Previous Attorneys for DILESH SHARMA

IN THE UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DILESH SHARMA,<br><br>Defendant. | Case No. 2:17-CR-00055-TLN<br><br>**REQUEST FOR PRODUCTION OF SPECIFIC MOTIONS** |

  Dilesh Sharma is in the process of preparing a pro se habeas petition. In connection with that effort Mr. Sharma has asked the undersigned to provide him with portions of his file. That has largely been accomplished.

  Mr. Sharma currently seeks copies of ECF 108 and 110. The undersigned does not have access to those documents through Pacer. Those documents were filed prior to the undersigned becoming counsel of record.

  Therefore, the undersigned requests this Court print ECF items 108 and 110 and mail them to Dilesh Sharma for the preparation of his habeas petition. The undersigned further requests the Court order the phrase "Special Mail – Open In Presence of Inmate" be written on the outside of the envelope in order to comply with FCI Thomson's legal mail requirements.

- 1 -

1   The undersigned is not aware of the exact date of Mr. Sharma's filing deadline, but
2   believes it to be in the next couple weeks.

3   Dated:  November 5, 2025.        Respectfully submitted,

4                                    BARTH DALY LLP

5

6                                    By    /s/ Kresta Nora Daly
                                           KRESTA NORA DALY

{00039446}                    - 2 -

1   GOOD CAUSE APPEARING it is hereby ordered that the Clerk of the Court print ECF
2   108 and 110 and mail them to:
3       Dilesh Sharma
4       76399-097
5       FCI Thomson
6       Federal Correctional Institution
    PO BOX 1002
7       Thomson, IL 61285.

The Court further orders the Clerk write "Special Mail – Open In Presence of Inmate" on the outside of the envelope.

Date: November 10, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

{00039446}841908.1 11695.002

- 3 -